# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42ND STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

**TEL. (212) 686-8111**
**FAX. (212) 202-7800**
E-MAIL: rpalma177@gmail.com

August 26, 2020

**ECF FILED**

The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
  of the Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
8-27-20

Re:   U.S. v. Jonathan Rios, 20 CR. 91 (RA)
      Without Government Objection, Defense Request Bond Conditions To Include Travel to and from the District of New Jersey for Employment Purposes Only.

Dear Judge Abrams:

This is a defense request on behalf of Mr. Jonathan Rios respectfully seeking a change to his bond conditions to include travel, to and from, the District of New Jersey, for purposes of employment with Amazon, Inc, at their Northern New Jersey warehouse. The Government does not oppose this request.

Thank you.

Sincerely yours,

s/Richard Palma

Richard Palma

cc:   AUSA Danielle M. Kudla
      USPO Rena Bolin (via email)